**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STRIKE 3 HOLDINGS, LLC,
a limited liability company,

    Plaintiff,

v.                                                  Case No.   3:19-cv-246-J-34JRK

JOHN DOE, subscriber assigned IP
address 73.171.234.94, an individual,

    Defendant.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe (Dkt. No. 13; Notice) filed on May 21, 2019.  In the Notice, Plaintiff requests dismissal of this matter without prejudice.  See Notice at 1.   Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED without prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of May, 2019.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

- 2 -

ja

Copies to:

Counsel of Record
Pro Se Parties